UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05 00491 VRW |
| Plaintiff, | ) | |
| v. | ) | REQUEST, STIPULATION, AND ORDER |
| SEMYON NEYS,<br>YEVGENY FRIDMAN,<br>JENA DAVIS,<br>URIEL SOTOMAYOR,<br>JASON TANG,<br>ANTHONY NGUYEN,<br>ILYA TUCHINSKY,<br>CHRISTOPHER LEE CALDER,<br>PAUL ANCAJIMA,<br>AARON DELAROSA,<br>CHARLES MOORE,<br>JESUS POMPERADA BASCO,<br>and WHITNEY OSTERHOUT, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | Date: March 10, 2006 |

GRANTED
Judge Vaughn R Walker

   The parties ask the Court to (a) vacate the March 14, 2006 hearing date, (b) set a new hearing date for April 18, 2006, at 10:30 a.m., and (c) exclude time under the Speedy Trial Act from March 14, 2006 to April 18, 2006.

   1. This is a complex case involving approximately 30,000 intercepted conversations and 8000 pertinent calls, many of which are in Russian. Transcripts and translations of all the Russian calls have been disclosed in discovery, and the defense is in the process of reviewing them and other discovery to determine what motions might be filed. In addition, English

1  language transcripts are being prepared for the other calls but have not yet been disclosed to the
2  defense.  To provide the time needed for review of the discovery and for evaluation of motions,
3  the parties ask that the status conference now set for March 14, 2006, be continued to April 18,
4  2006.
5      2. The parties further agree that the time between March 14, 2006 and April 18, 2006
6  should be excluded under the Speedy Trial clock.  Failure to grant a continuance would deny
7  defense counsel the reasonable time necessary for effective preparation, taking into account the
8  exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the
9  ends of justice served by excluding time from March 14, 2006 to April 18, 2006 outweigh the
10 interest of the public and the defendant in a speedy trial within the meaning of 18 U.S.C. §
11 3161(h)(A).
12     3. Accordingly, the parties ask the Court to (1) vacate the March 14, 2006 hearing and set a
13 new hearing date of April 18, 2006, at 10:30 a.m., and (2) order that the period from March 14,
14 2006 to April 18, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
15 3161(h)(8)(A) & (B) (i) & (iv).
16 STIPULATED:

17
       /s/
18 LAUREL BEELER
   Assistant United States Attorney
19
       /s/                                              /s/
20 SCOTT SUGARMAN                                  STEVEN GRUEL
   Attorney for Semyon Neys                       Attorney for Yevgeny Fridman
21
       /s/                                              /s/
22 GARRICK LEW                                     FRANK MCCABE
   Attorney for Jena Davis                        Attorney for Uriel Sotomayor
23
       /s/                                              /s/
24 SHARI L. GREENBERGER                            J. DAVID NICK
   Attorney for Jason Tang                        Atttorney for Anthony Nguyen
25
       /s/                                              /s/
26 GEOFFREY ROTWEIN                                HARRIS TABACK
   Attorney for Whitney Osterhout                 Attorney for Christopher Calder
27
28

REQUEST, STIPULATION, AND ORDER
(CR 05 00491 VRW)                      2

| | |
|---|---|
| /s/<br>ANN C. MOORMAN<br>Attorney for Paul Ancajima | /s/<br>J. PHILLIP VAUGHNS<br>Attorney for Aaron Delarosa |
| /s/<br>JAMES GILLER<br>Attorney for Charles Moore | /s/<br>SHANA KEATING<br>Attorney for Jesus Basco |

ORDER

With the agreement of the defendants, the Court enters this order (a) vacating the March 14, 2006 status date and setting the next hearing date for April 18, 2006 at 10:30 a.m. and (b) excluding time under the Speedy Trial Act from March 14, 2006 to April 18, 2006.  More specifically:

1. This is a complex case involving approximately 30,000 intercepted conversations and 8000 pertinent calls, many of which are in Russian.  English language transcripts are still being prepared.  The defense has asked for additional time to review the discovery in order to evaluate what motions might be filed, and have asked the Court to set the next status date on April 18, 2006, and to exclude time until then under the Speedy Trial Act.

2. The parties agree, and the Court finds and holds, that a failure to grant a continuance would unreasonably deny defense counsel the reasonable time for effective preparation, given the exercise of due diligence and given their need to review the discovery and evaluate what motions might be filed.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree, and the Court finds and holds, that the ends of justice served by excluding the period from March 14, 2006 to April 18, 2006 outweigh the best interest of the public and the defendant in the rights set forth under the Speedy Trial Act.  See id. § 3161(h)(A).

3. Accordingly, the Court (1) vacates the March 14, 2006 hearing and sets a new hearing date of April 18, 2006, at 10:30 a.m., and (2) orders that the period from March 14, 2006 to April 18, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(i) & (iv).

IT IS SO ORDERED.

DATED:_____

_____
VAUGHN R. WALKER
United States District Judge