GARRICK S. LEW SBN # 61889
600 Townsend Street, Suite 329E
San Francisco, California 94103
Telephone: (415) 788-9000
Facsimile: (415) 522-1506
Email: gsl@defendergroup.com

Attorneys for Defendant
JENA DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JENA DAVIS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05 00491 VRW (NJV) <br><br> STIPULATION AND [PROPOSED] <br> ORDER RE CONDITIONS OF RELEASE |

   1. Jena Davis previously was released in this district on a bond secured by $100,000 cash posted by her father, Thomas E. Davis. Mr. Davis would like to substitute property as security for the bond instead of cash. The United States Attorney and United States Probation do not object to this substitution.

   2. The United States Attorney has reviewed and approved the documents related to the real property that will be posted, which is located at 143, 145, and 147 San Jose Avenue, San Francisco, California. The documents relating to the real property are detailed in a separate document called "Deposit of Real Estate Equity In Lieu of Bail – Deed of Trust, Obligation."  //

STIPULATION AND ORDER
CR 05 00491 VRW (NJV)

3. The parties agree that there is sufficient equity in the property to be used to satisfy the obligation of the bond.

4. All other conditions of release shall remain in effect.

5. A proposed order is appended hereto.

SO STIPULATED:

Dated: 7/15/06
/s/
JENA DAVIS
Defendant

Dated: 7/17/06
/s/
THOMAS E. DAVIS
Surety

Dated: 7/17/06
/s/
GARRICK S. LEW
Attorney for Jena Davis

Dated: 7/17/06
/s/
LAUREL BEELER
Assistant United States Attorney

**ORDER**

For the reasons set forth above, the Court finds it appropriate to allow defendant's father Thomas E. Davis, to substitute real property for cash as the security for defendant's release bond. All other conditions of defendant's release remain in effect.

IT IS SO ORDERED.

Dated: 7/17/06

NANDOR J. VADAS
United States Magistrate Judge

STIPULATION AND ORDER
CR 05 00491 VRW (NJV)                2