UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEMYON NEYS,<br>YEVGENY FRIDMAN,<br>JENA DAVIS,<br>URIEL SOTOMAYOR,<br>JASON TANG,<br>ANTHONY NGUYEN,<br>ILYA TUCHINSKY,<br>CHRISTOPHER LEE CALDER,<br>PAUL ANCAJIMA,<br>AARON DELAROSA,<br>CHARLES MOORE, and<br>JESUS POMPERADA BASCO,<br><br>　　　　Defendants. | No.: CR 05 00491 VRW<br><br>STIPULATION AND ORDER (PROPOSED) |

　　With the agreement of the parties, the Court enters this order (a) setting a new hearing date for September 26, 2006 at 10:30 a.m. and (b) excluding time under the Speedy Trial Act from August 22, 2006 to September 26, 2006.

　　1. The parties have engaged in substantial settlement negotiations, and some defendants are ready to plead guilty and the rest have draft plea proposals. Due to conflicts with other cases, however, counsel are not available on August 22, 2006 for entry of plea. The parties will attempt to stagger plea dates, but have currently settled on September 26, 2006 as a date when all defense

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)

1  counsel are available.

2      2. The case also is complex and involves approximately 30,000 intercepted conversations
3  and 8000 pertinent calls, many of which are in Russian.  Those counsel who still are reviewing
4  the plea proposals are reviewing them in the context of the voluminous discovery and the
5  motions that the parties have contemplated, including challenges to the wiretap affidavit based on
6  necessity and particularity and motions regarding drafts of reports, issues about sealing, and
7  <u>Franks</u> challenges.  The parties agree that a separate ground for excluding time exists for
8  effective preparation of defense counsel based on the need to review the dispositions in light of
9  the discovery and the proposed motions, as well as the defense's ongoing investigation into other
10 issues about taped calls, informants, and other challenges.

11     3. The parties agree, and the Court finds and holds, that the time from August 22, 2006 to
12 September 26, 2006 should be excluded under the Speedy Trial clock.  Failure to grant a
13 continuance would deny defense counsel the reasonable time necessary for effective preparation,
14 taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The
15 parties also agree, and the Court finds and holds, that failure to grant a continuance would
16 unreasonably deny the parties continuity of counsel based on the existence of previously-
17 scheduled case conflicts.  <u>See</u> <u>id.</u>

18     4. The parties also agree, and the Court finds and holds, that the ends of justice served by
19 excluding time from to August 22, 2006, to September 26, 2006 outweigh the interest of the
20 public and the defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(A).

21     5. Accordingly, the Court (a) sets a new hearing date of September 26, 2006, at 10:30 a.m.,
22 and (b) orders that the period from August 22, 2006, to September 26, 2006, be excluded from
23 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B) (i) & (iv).

24 IT IS SO ORDERED.

25 DATED:  08/24/06

    VAUGHN R. WALKER
26     United States District Judge

27

28

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)                                    2

1 | STIPULATED:

2 | /s
LAUREL BEELER
3 | Assistant United States Attorney

4 | /s                                             /s
SCOTT SUGARMAN                    STEVEN GRUEL
5 | Attorney for Semyon Neys         Attorney for Yevgeny Fridman

6 | /s                                             /s
GARRICK LEW                            FRANK MCCABE
7 | Attorney for Jena Davis              Attorney for Uriel Sotomayor

8 | /s                                             /s
SHARI L. GREENBERGER          J. DAVID NICK
9 | Attorney for Jason Tang             Atttorney for Anthony Nguyen

10 | /s                                            /s
HARRIS TABACK                         ANN C. MOORMAN
11 | Attorney for Christopher Calder  Attorney for Paul Ancajima

12 | /s                                            /s
J. PHILLIP VAUGHNS                  JAMES GILLER
13 | Attorney for Aaron Delarosa     Attorney for Charles Moore

14 | /s
SHANA KEATING
15 | Attorney for Jesus Basco