UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05 00491 VRW |
| )  Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER (~~PROPOSED~~) |
| ) SEMYON NEYS, ) YEVGENY FRIDMAN, ) JENA DAVIS, ) URIEL SOTOMAYOR, ) JASON TANG, ) ANTHONY NGUYEN, and ) AARON DELAROSA, ) )  Defendants. ) _____) | |

With the agreement of the parties, the Court enters this order (a) vacating the October 31, 2006, hearing date, (b) setting a new hearing date for November 28, 2006, and (c) documenting the exclusion of time under the Speedy Trial Act from October 31, 2006 to November 28, 2006.

1. The remaining defendants have engaged in substantial settlement negotiations. Due to conflicts with other cases, and the need of some counsel to review additional discovery, the parties settled on November 28, 2006, as a date when all defense counsel are available.

2. The case also is complex and involves approximately 30,000 intercepted conversations and 8000 pertinent calls, many of which are in Russian. Those counsel who still are reviewing the plea proposals are reviewing them in the context of the voluminous discovery and the

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)

1  motions that the parties have contemplated, including challenges to the wiretap affidavit based on
2  necessity and particularity and motions regarding drafts of reports, issues about sealing, and
3  <u>Franks</u> challenges.  The parties agree that a separate ground for excluding time exists for
4  effective preparation of defense counsel based on the need to review the dispositions in light of
5  the discovery and the proposed motions, as well as the defense's ongoing investigation into other
6  issues about taped calls, informants, and other challenges.

7  3. The parties agree, and the Court finds and holds, that the time from October 31, 2006, to
8  November 28, 2006, should be excluded under the Speedy Trial clock.  Failure to grant a
9  continuance would deny defense counsel the reasonable time necessary for effective preparation,
10 taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The
11 parties also agree, and the Court finds and holds, that failure to grant a continuance would
12 unreasonably deny the parties continuity of counsel based on the existence of previously-
13 scheduled case conflicts.  <u>See</u> <u>id.</u>

14 4. The parties also agree, and the Court finds and holds, that the ends of justice served by
15 excluding time from to October 31, 2006, to November 28, 2006, outweigh the interest of the
16 public and the defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(A).

17 5. Accordingly, the Court orders that the period from October 31, 2006, to November 28,
18 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B) (i)
19 & (iv).

20 IT IS SO ORDERED.

21 DATED: October 30, 2006

    _____
    VAUGHN R. WALKER
22  United States District Judge

23 STIPULATED:

24      /s/
    LAUREL BEELER
25  Assistant United States Attorney

26      /s/                                              /s/
    SCOTT SUGARMAN                           STEVEN GRUEL
27  Attorney for Semyon Neys                 Attorney for Yevgeny Fridman

28      /s/                                              /s/
    GARRICK LEW                              FRANK MCCABE

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)                     2

| | |
|---|---|
| 1 | Attorney for Jena Davis | Attorney for Uriel Sotomayor |

    /s/
SHARI L. GREENBERGER
Attorney for Jason Tang

    /s/
J. DAVID NICK
Attorney for Anthony Nguyen

    /s/
J. PHILLIP VAUGHNS
Attorney for Aaron Delarosa