UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05 00491 VRW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER (~~PROPOSED~~) |
| YEVGENY FRIDMAN, JENA DAVIS, URIEL SOTOMAYOR, JASON TANG, and ANTHONY NGUYEN. | ) | |
| Defendants. | ) | |

With the agreement of the parties, the Court enters this order (a) vacating the January 16, 2007, hearing date, (b) setting individual dates for the remaining defendants, and (c) documenting the exclusion of time under the Speedy Trial Act.

1. Three defendants have finalized their plea agreements, and with their agreement, the Court sets the following dates for entry of plea: Anthony Nguyen on Friday, February 2, 2007, at 10:30 a.m. before the Court, Yevgeny Fridman on Tuesday, February 6, 2007, at 10:30 a.m. before the Court, and Jena Davis for entry of plea on a misdemeanor disposition before the duty magistrate judge on Wednesday, January 31, 2007, at 9:30 a.m.

2. Two defendants remain: Jason Tang and Uriel Sotomayor. As to both defendants, the parties have been engaged in substantial settlement negotiations. Due to conflicts with other

1   cases, and the need of counsel to review additional discovery, both defense counsel need
2   additional time, both for effective preparation of defense counsel and for continuity of defense
3   counsel.  As to Mr. Tang, he also is consulting with a sentencing expert (Dayle Carlson), and he
4   would like a further opportunity to meet with his lead counsel, J. Tony Serra, upon his release
5   from custody in February.  As to Mr. Sotomayor, his attorney also is contemplating consulting a
6   sentencing expert.

7       3. As to Mr. Tang, continuing the case until April 24, 2007, is the reasonable time necessary
8   to complete the objectives in the last paragraph.  The parties agree, and the Court finds and
9   holds, that the time from January 16, 2007, to April 24, 2007, should be excluded under the
10  Speedy Trial clock.  Failure to grant a continuance would deny defense counsel the reasonable
11  time necessary for effective preparation, taking into account the exercise of due diligence.  See
12  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree, and the Court finds and holds, that
13  failure to grant a continuance would unreasonably deny the defense continuity of counsel based
14  on the existence of previously-scheduled case conflicts.  See id.  The parties also agree, and the
15  Court finds and holds, that the ends of justice served by excluding time from to January 16,
16  2007, to April 24, 2007, outweigh the interest of the public and the defendant in a speedy trial
17  within the meaning of 18 U.S.C. § 3161(h)(A).  Accordingly, as to Mr. Tang, the Court orders
18  that the period from November 28, 2006, to April 24, 2007, be excluded from Speedy Trial Act
19  calculations under 18 U.S.C. § 3161(h)(8)(A) & (B) (i) & (iv).

20      4. As to Mr. Sotomayor, continuing the case until February 27, 2007, is the reasonable time
21  necessary to complete the objectives in paragraph 2.  The parties agree, and the Court finds and
22  holds, that the time from January 16, 2007, to February 27, 2007, should be excluded under the
23  Speedy Trial clock.  Failure to grant a continuance would deny defense counsel the reasonable
24  time necessary for effective preparation, taking into account the exercise of due diligence.  See
25  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree, and the Court finds and holds, that
26  failure to grant a continuance would unreasonably deny the defense continuity of counsel based
27  on the existence of previously-scheduled case conflicts.  See id.  The parties also agree, and the
28  Court finds and holds, that the ends of justice served by excluding time from to January 16,

1  2007, to February 27, 2007, outweigh the interest of the public and the defendant in a speedy
2  trial within the meaning of 18 U.S.C. § 3161(h)(A). Accordingly, as to Mr. Sotomayor, the
3  Court orders that the period from November 28, 2006, to February 27, 2007, be excluded from
4  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B) (i) & (iv).

5  IT IS SO ORDERED.

6  DATED: January 25, 2007

   VAUGHN R. WALKER
7  United States District Judge

8  STIPULATED:

9     /s/
   LAUREL BEELER
10 Assistant United States Attorney

11

12    /s/                                       /s/
   STEVEN GRUEL                        J. DAVID NICK
13 Attorney for Yevgeny Fridman     Attorney for Anthony Nguyen

14

15    /s/                                       /s/
   GARRICK LEW                         FRANK MCCABE
16 Attorney for Jena Davis           Attorney for Uriel Sotomayor

17

18    /s/
   SHARI L. GREENBERGER
19 Attorney for Jason Tang

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)            3