GARRICK S. LEW SBN # 61889
600 Townsend Street, Suite 329E
San Francisco, California 94103
Telephone: (415) 788-9000
Facsimile: (415) 522-1506
Email: gsl@defendergroup.com

Attorneys for Defendant
JENA DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. CR 05 00491 VRW (MEJ) |
| Plaintiff,                         ) | |
| v.                                 ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUING SENTENCING |
| JENA DAVIS,                        ) | |
| Defendant.                         ) | |

Sentencing in this matter was previously set in this matter for May 10, 2007. Defendant was referred for a full probation report. In order to allow sufficient time for the probation officer to prepare her report and for counsel to respond, the parties hereby agree and stipulate that sentencing in this matter shall take place on June 21, 2007. The probation officer has agreed to that date as well.

SO STIPULATED:

Dated: 5/1/07                          /s/
                                       _____
                                       GARRICK S. LEW
                                       Attorney for Jena Davis

STIPULATION AND ORDER
CR 05 00491 VRW (MEJ)

| | |
|---|---|
| Dated: 5/1/07 | /s/<br>LAUREL BEELER<br>Assistant United States Attorney |

**ORDER**

For the reasons set forth above, the Court finds good cause to continue sentencing in this matter until June 21, 2007.

IT IS SO ORDERED.

Dated: May 8, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND ORDER
CR 05 00491 VRW (MEJ)                    2